UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ADOLPHO RIVERA,                      :      CIVIL ACTION NO. 3:CV-12-1736
                                     :
            Petitioner               :      (Judge Nealon)
                                     :
                                     :          **FILED**
   v.                                :          **SCRANT⁻ ˙**
                                     :
UNITED STATES OF AMERICA,            :          MAY – 8 2014
                                     :
            Respondents              :      PER _____
                                            DEPUTY CLERK

## ORDER

**AND NOW, THIS 8ᵗʰ DAY OF MAY, 2014**, for the reasons set forth in the

Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

   1.    The Petition for Writ of Habeas Corpus, (Doc. 1), is
         **DENIED;**

   2.    The Clerk of Court is directed to **CLOSE** this case.

                                          _____
                                          **United States District Judge**